UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                              :

UNITED STATES OF AMERICA             :

                                                                              :      **ORDER**

                                -v.-                              :

                                                                              :      22 MAG 9297 (UA)

CLISANDRO MENDEZ,                  :

                                                                               :

                      Defendant                :

                                                                               :
-------------------------------------------------------------X

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew Jones;

        It is found that the docket in the above-captioned action, 22 MAG 9297, is currently sealed and the United States Attorney's Office has applied to have that docket unsealed, and it is therefore

        ORDERED that docket in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:      New York, New York
               March 20, 2023

                                                                  _____
                                                                  HONORABLE SARAH NETBURN
                                                                  UNITED STATES MAGISTRATE JUDGE